IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JING XIONG,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　　Defendant. | 4:19CV3109<br><br>ORDER |

　　　　This matter is before the Court upon the motion of Vincent Powers to withdraw as counsel for Plaintiff.  (Filing No. 82.)  Following a hearing on the matter,

　　　　**IT IS ORDERED:**

　　　　1.　　　The Motion to Withdraw (Filing No. 82) is granted.

　　　　2.　　　Mr. Powers shall serve his notice of withdrawal upon Plaintiff. By **November 16, 2021**, Mr. Powers shall file a certificate of service setting out the address to which the notice of withdrawal was sent. Once the notice of withdrawal is filed, the Clerk of Court shall terminate Mr. Powers as counsel of record for Plaintiff and terminate further notices to him in this action.

　　　　3.　　　Plaintiff is given until **January 7, 2022** to obtain new counsel.  If new counsel does not enter an appearance by said date, Plaintiff will be deemed to be proceeding *pro se*, meaning without the assistance of counsel.

　　　　4.　　　The Clerk of Court is directed to update the docket sheet to reflect the following contact information for Plaintiff: Address:  205 East 89th Street, Apt. 2C, New York, NY, 10128; Phone Number:  917-246-2063; Email:  Jxiongny1@aol.com.

5.     A telephone conference will be held before the undersigned on **January 18, 2022, at 9:00 a.m.**  Telephone conference instructions are found at Filing No. 27.

6.     The remaining deadlines for depositions, summary judgment and *Daubert* are stayed and will be reset during the status conference.

7.     The Clerk of Court shall mail and email a copy of this Order, along with the Telephone Case Conference Instructions found at Filing No. 27, to Plaintiff at the address and email address set out in Paragraph No. 4 of this Order.

Dated this 9th day of November, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge