IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JING XIONG,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

**4:19CV3109**

**ORDER**

This matter is before the Court upon the motion of Jerrod P. Jaeger and Jason B. Bottlinger to withdraw as counsel for Plaintiff.  (Filing No. 107.)  Following a hearing on the matter,

**IT IS ORDERED:**

1.      The Motion to Withdraw (Filing No. 107) is granted.

2.      Mr. Jaeger and Mr. Bottlinger shall serve their notice of withdrawal upon Plaintiff. By **February 24, 2022**, Mr. Jaeger and Mr. Bottlinger shall file a certificate of service setting out the address to which the notice of withdrawal was sent. Once the notice of withdrawal is filed, the Clerk of Court shall terminate Mr. Jaeger and Mr. Bottlinger as counsel of record for Plaintiff and terminate further notices to them in this action.

3.      Plaintiff is deemed to be proceeding *pro se*, meaning without the assistance of counsel.

4.      A telephone status conference will be held, if needed, after a ruling on Summary Judgement.

2

5.      The remaining deadlines for depositions and *Daubert* will be reset during the status conference.

6.      The Clerk of Court shall mail and email a copy of this Order to Plaintiff at the address listed on the docket sheet.

Dated this 17th day of February, 2022.


                                        BY THE COURT:


                                        s/ Susan M. Bazis
                                        United States Magistrate Judge