IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JING XIONG, | ) | CASE NO. 4:19-cv-3109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' stipulation to dismiss this action with prejudice, with each party to pay their own costs. ([Filing No. 189](#).)  The Court finds such an Order should be entered.

Accordingly,

**IT IS ORDERED** that this action is dismissed, with prejudice, with each party to pay their own costs.

Dated this 19th day of January, 2023.

BY THE COURT:


s/ Susan M. Bazis
United States Magistrate Judge